[No. 10,616.—Department Two.]

## THE PEOPLE *v.* TIMOTHY CRAIG.

INDICTMENT—JURISDICTION—PLACE.—An indictment under section 148, Penal Code, for willfully and unlawfully resisting, delaying, and obstructing a constable in the service of a warrant of arrest, failed to allege that the offense was committed in the county, or to show that the justice had jurisdiction to issue the warrant. *Held:* The demurrer to the indictment should have been sustained.

APPEAL from a judgment of conviction, and from an order denying a new trial, in the Superior Court of Monterey County.

*W. S. Dodge* and *T. Beeman,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

MYRICK, J.:

The defendant was tried and convicted on an indictment framed under section 148 of the Penal Code. The charge is, that he " did willfully and unlawfully resist, delay, and obstruct one H. E. West, a public officer, to wit, duly elected, qualified, and acting Constable of Pajaro Township, of the County of Monterey, of the State of California, in the discharge and attempt to discharge his duty as such officer, to wit, in the service of a warrant for the arrest of said Timothy Craig, on a warrant duly issued and placed in said H. E. West's hands as such Constable, by one M. L. Ketchum, a

Justice of the Peace of said county, charging said Timothy Craig with an assault with a deadly weapon, contrary," etc. To this indictment a demurrer was interposed on behalf of the defendant, and the same was overruled by the Court.

We are of the opinion that the demurrer should have been sustained, as it does not appear from the indictment, that the offense was committed in the County of Monterey, or that the Justice had any jurisdiction to issue the warrant.

Judgment and order reversed.

SHARPSTEIN and THORNTON, JJ., concurred.